## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JON JOYNER** | * | **CASE NO. 2:19-CV-14234** |
| **v.** | * | **SECTION "B" (2)** |
| **CHAD WOLF, ACTING SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY.** | * * | **JUDGE LEMELLE** **MAGISTRATE WILKINSON** |

*     *     *

## <u>DECLARATION OF LISA CULPEPPER</u>

I, Lisa Culpepper, hereby declare under the provisions of 28 U.S.C. Section 1746 as follows:

1. I am employed as the Deputy Director of the Privacy and Diversity Office – EEO Division, U.S. Department of Homeland Security, Customs and Border Protection (CBP). My office receives and processes equal employment opportunity (EEO) complaints filed by applicants and current CBP employees. My duties include overseeing three branches in the Diversity and EEO Division, assigning formal complaints for processing, overseeing the formal complaints process, and ensuring timely and complete case processing and investigations.

2. As Deputy Director of the Privacy and Diversity Office – EEO Division, I have access to the files regarding the EEO administrative proceedings of Plaintiff Jon P. Joyner. After Plaintiff filed the instant suit in district court, I gathered and reviewed Plaintiff's EEO administrative files. Plaintiff's instant suit stems from his administrative complaint designated as HS-CBP-00456-2019. These files are currently maintained at the Privacy and Diversity Office – EEO Division, U.S. Department of Homeland Security, Customs and Border Protection. I have also reviewed these documents in preparation for this declaration and the following attached

1

<span style="color:red">**Exhibit A**</span>

documents are true and correct copies of documents taken from Plaintiff's EEO administrative file:

    a. **Exhibit A-1** – Plaintiff's initial contact with EEO Counselor, dated November 28, 2018

    b. **Exhibit A-2** Plaintiff's Individual Complaint of Employment Discrimination, dated February 28, 2019

    c. **Exhibit A-3** – Agency's Request of Plaintiff for Clarification Regarding his Discrimination Complaint, dated March 5, 2019

    d. **Exhibit A-4** – Plaintiff's Clarification Letter and Attachments, dated March 15, 2019

    e. **Exhibit A-5**– Agency's Procedural dismissal of Plaintiff's administrative complaint, dated May 7, 2019

3.    Our office has no record of Plaintiff Jon Joyner of filing formal complaints of discrimination or otherwise proceeding with the EEO administrative process for any of the 26 non-selection allegations listed in paragraph 99 of Plaintiff's judicial complaint.

4.    Our office records indicate that Plaintiff Joyner contacted an EEO counselor for two of the 26 non-selection allegations listed in paragraph 99 (announcements at 99(g) and 99(i)). However, as indicated in the previous paragraph, Plaintiff Joyner did not file a formal complaint of discrimination on either of these two complaints or otherwise pursue the EEO administrative process.

5.    I declare under penalty of perjury that the foregoing is true and correct.

Date: April 6, 2020

Lisa Culpepper
Deputy Director, Diversity and EEO Division
Privacy and Diversity Office
U.S. Customs and Border Protection
lisa.culpepper@cbp.dhs.gov

**ZADAH, AHMAD**

| | |
|---|---|
| **From:** | JOYNER, JON P. (TUS) |
| **Sent:** | Wednesday, November 28, 2018 12:04 PM |
| **To:** | CBP EEO COMPLAINT FILING |
| **Cc:** | HOWARD, ANN M |
| **Subject:** | Informal EEO Complaint |

Good Afternoon,

I would like to file an informal EEO complaint based upon race for non-selection for promotion. I applied for the position of Division Chief in New Orleans Sector under vacancy announcement USBP-IMP-10168092-JRB. Prior to transferring to New Orleans Sector, I held the permanent position of Division Chief in Ramey Sector. On May 8, 2018 I was notified that  I was scheduled to interview for the position of Division Chief  on  May 22, 2018 at 9:00 CST.  On May 8, 2018, I was notified that my interview had been canceled. At no time was I given a reason for the cancellation but later learned that, although there were qualified and viable candidates on the candidate's list, the vacancy announcement was allowed to expire without selection. Several weeks later I learned that newly selected Chief Patrol Agent Gregory Bovino had hand-selected then DPAIC Christopher Bullock for the position. At no time was the vacancy announcement re-opened for qualified candidates to apply for the position and I am certain that my resume and skillset exceeded that of the selected agent. This leads me to believe that original list was canceled due to the desired candidate (Bullock) not being on the original list.

Additionally, prior to my being selected for the position that I currently hold, I applied (via USA Jobs) and interviewed before a panel to determine if I was the best candidate. Once I arrived at Gulfport I was asked to review the qualified candidates list for a  Supervisory Border Patrol Agent vacancy at the Gulfport Station. The process that I was told to utilize included reviewing each candidate's resume, seeking input via CBP360 as to the candidate's job performance, paring that list to a "best-qualified" short list, interviewing those candidates and ultimately making a selection based on a transparent process to determine the best, most qualified person for the position. Furthermore, that process was utilized for each subsequent vacancy in New Orleans Sector (PAIC-I, PAIC Lake Charles, and other SBPA positions).  Mr. Bullock's selection was the only instance where this process was not utilized.

I believe that there is a different standard being utilized and that had Mr. Bullock been competitively rated against the other candidates, he could not have been selected. I have viewed the scoring matrix that was utilized and had the normal process been utilized, as it was for every position before Mr. Bullock's selection, and every vacancy since his selection, he would not have been selected. I believe that race is the reason for the process being manipulated as I am aware that there were other Black candidates near the top of that list, who were not even allowed to compete for the position.

Jon P. Joyner
Patrol Agent in Charge
Gulfport Station | New Orleans Sector
Office: (228) 896-3138 |Mobile: (228) 596-6221

Exhibit A-1

**From:**         JOYNER, JON P. (TUS)
**To:**           CBP EEO COMPLAINT FILING
**Subject:**      Formal Complaint JOYNER
**Date:**         Thursday, February 28, 2019 3:14:00 PM
**Attachments:**  Form 3090 JOYNER.pdf

Please see attached.


JON P. JOYNER
PATROL AGENT IN CHARGE
GULFPORT STATION | NEW ORLEANS SECTOR
OFFICE: (228) 896-3138 |MOBILE: (228) 596-6221

Exhibit A-2

RECEIVED
By Culpepper at 6:05 pm, Mar 01, 2019

OMB No. 1610-0001 Expiration Date: 8/31/18

**DEPARTMENT OF HOMELAND SECURITY**
## INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION
*(Use this form for original complaints and amendments.)*

| FOR OFFICIAL USE ONLY |
|---|
| DEPARTMENT CASE NUMBER |
| HS-CBP-00456-2019 |
| FILING DATE |
| Filed via EEO Mailbox 2/28/19 |

### PART I COMPLAINANT IDENTIFICATION

| | |
|---|---|
| **1. NAME** *(Last, First, Middle Initial)*<br><br>Joyner,Jon P | **5. NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK** *(If a Department of Homeland Security Employee)*<br><br>Bureau or Component<br>CBP |
| **2. TELEPHONE/FAX** *(Include Area Code)* | Office and Organizational Unit<br>U.S. Border Patrol Gulfport Station |

| Home<br>+1 (520) 345-3302 | Fax |
|---|---|
| Work<br>+1 (228) 596-6221 | Fax |

Street Address
10400 Larkin Smith Dr

| City | State | Zip Code |
|---|---|---|
| Gulfport | MS | 39503 |

**3. HOME ADDRESS** *(You must notify the Department of any change of address while complaint is pending, or your complaint may be dismissed.)*

5066 Longbow Dr
Kiln, MS 39556

**6. EMPLOYMENT STATUS IN RELATION TO THIS COMPLAINT**

☐ Applicant    ☐ Probationary    ☒ Career/Career Conditional

☐ Uniformed Service Member

☐ Former Employee/Member

☐ Retired

☐ Other *(Specify)*

Date Left Department _____

Date of Retirement _____

**4. IF YOU ARE A CURRENT OR FORMER EMPLOYEE OF THE FEDERAL GOVERNMENT, LIST YOUR RECENT TITLE, SERIES, AND GRADE.**

Title
Patrol Agent in Charge

| Series | Grade |
|---|---|
| 1896 | 13 |

**7. I certify that all statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.**

| SIGNATURE OF COMPLAINANT OR ATTORNEY REPRESENTATIVE | DATE |
|---|---|
| *[signature]* | 02/28/2019 |

### PART II DESIGNATION OF REPRESENTATIVE

**8. YOU MAY REPRESENT YOURSELF IN THIS COMPLAINT OR YOU MAY CHOOSE SOMEONE TO REPRESENT YOU. YOUR REPRESENTATIVE DOES NOT HAVE TO BE AN ATTORNEY. YOU MAY CHANGE YOUR DESIGNATION OF A REPRESENTATIVE AT A LATER DATE, BUT YOU MUST NOTIFY THE DEPARTMENT IMMEDIATELY IN WRITING OF ANY CHANGE, AND YOU MUST INCLUDE THE SAME INFORMATION REQUESTED IN THIS PART.**

**"I hereby designate** *(Please Print Name)* _____ **to serve as my representative during the course of this complaint. I understand that my representative is authorized to act on my behalf."**

Is the representative an attorney?    ☐ YES    ☐ NO

| 9. REPRESENTATIVE'S MAILING ADDRESS FIRM/ORGANIZATION | 10. REPRESENTATIVE'S EMPLOYER *(If Federal Agency)* |
|---|---|
| STREET ADDRESS | 11. REPRESENTATIVE'S TELEPHONE/FAX *(Include Area Code)*<br>Telephone          Fax |
| CITY, STATE, & ZIP CODE | 12a. COMPLAINANT'S SIGNATURE | 12b. DATE |

DHS Form 3090-1 (8/15)

Page 1 of 4

DHS003

## PART III ALLEGED DISCRIMINATORY ACTIONS

| 13. NAME OF PERSON OR DHS COMPONENT WHO TOOK THE ACTION AT ISSUE. | 14. ARE YOU WILLING TO PARTICIPATE IN MEDIATION OR OTHER AVAILABLE TYPES OF ALTERNATIVE DISPUTE RESOLUTION TO RESOLVE YOUR COMPLAINT? |
|---|---|
| Gregory Bovino | |
| ORGANIZATION | |
| CBP/Border Patrol | [X] YES    [ ] NO |
| STREET ADDRESS | |
| 423 Canal St | |
| CITY, STATE, & ZIP CODE | |
| New Orleans, LA 70130 | |

15. **A.** Describe the action taken against you that you believe was discriminatory.

   **B.** Give the date when the action occurred, and the name of each person responsible for the action.

   **C.** Describe how you were treated differently from other employees, applicants, or members for any of the reasons listed in Item 16.

   **D.** Indicate what harm, if any, came to you in your work situation as a result of this action. (You may, but are not required to, attach extra sheets.)

   **E.** If the basis of your complaint is parental status or sexual orientation, use this form, but your complaint is not statutorily based and will follow separate, parallel process.

16. Mark below **ONLY** the bases you believe were relied on to take the actions described in Item 15.

| | | | |
|---|---|---|---|
| [X] | RACE (Specify) | [ ] | AGE (Date of Birth) |
| [X] | COLOR (Specify) | [ ] | PHYSICAL OR MENTAL DISABILITY (Describe) |
| [ ] | RELIGION (Specify) | | |
| [ ] | NATIONAL ORIGIN (Specify) | [ ] | RETALIATION/REPRISAL (Dates of Prior EEO Activity) |
| [ ] | SEX (Specify) | [ ] | GENETIC INFORMATION |
| | [ ] Pregnancy  [ ] Gender Identity | [ ] | SEXUAL ORIENTATION |
| | | [ ] | PARENTAL STATUS |

17. WHAT REMEDIAL OR CORRECTIVE ACTION ARE YOU SEEKING TO RESOLVE THIS MATTER
I would like my qualifications rated against that of the selectee by an impartial official. I would like to be placed in a Division Chief position in another sector.

18. ON THIS SAME MATTER, HAVE YOU FILED A GRIEVANCE OR APPEAL UNDER:

| | | |
|---|---|---|
| Negotiated grievance procedure | [ ] YES | [X] NO |
| Agency grievance procedure | [ ] YES | [X] NO |
| Merit Systems Protection Board appeal procedure | [ ] YES | [X] NO |

If you filed a grievance or appeal, provide date filed, case number, and present status.

## PART IV CONTACT

**EEO/EO Counseling is not required if you are requesting amendment of an existing, open complaint.**
**Complete items 24 and 25, even if you did not contact a counselor.**

| 19. DATE YOU CONTACTED AN EEO COUNSELOR | 20. NAME AND TELEPHONE NUMBER OF EEO COUNSELOR |
|---|---|
| | Name                          Phone |
| 11/28/2018 | Ahmad Zadah          +1 (619) 216-4201 |

| 21. DID YOU DISCUSS ALL ACTIONS RAISED IN ITEM 15 WITH AN EEO COUNSELOR? (If NO, explain on attached sheet) | 22. DATE YOU RECEIVED YOUR "NOTICE OF RIGHT TO FILE" |
|---|---|
| [X] YES   [ ] NO | 02/14/2019 |

23. IF YOU ARE REQUESTING AMENDMENT OF AN EXISTING, OPEN, FORMAL COMPLAINT (OR PROVIDING ADDITIONAL EVIDENCE), INDICATE THE COMPLAINT CASE NUMBER OF THAT COMPLAINT.

| 24. DATE OF MOST RECENT DISCRIMINATORY EVENT | 25. DATE YOU FIRST BECAME AWARE OF THE ALLEGED DISCRIMINATION |
|---|---|
| 10/14/2018 | 10/14/2018 |

DHS Form 3090-1 (8/15)

DHS004

OMB No. 1610-0001 Expiration Date: 8/31/18

## DEPARTMENT OF HOMELAND SECURITY

### DHS FORM 3090-1, INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION FORM INSTRUCTIONS

**(Read the following instructions carefully before you complete this form.)**

**(Please complete all items on the complaint form.)**

<u>**GENERAL:**</u>  This form should be used only if you, as an applicant for employment with the Department of Homeland Security (DHS), or as a present or former Department of Homeland Security employee:

1.  believe you have been discriminated against because of your **race, color, religion, sex, national origin,** age (40 years or older at the time of the event giving rise to your claim), **physical or mental disability, genetic information** or in **reprisal** for opposition to activities protected by civil rights statutes, or participation in proceedings to enforce those statutes; **or**

2.  believe you have been discriminated against because of your **parental status or sexual orientation.** Your claim is not covered under statutory basis, but will be processed under a parallel procedure, **and**

3.  have presented the matter for informal resolution to an Equal Employment Opportunity (EEO) Counselor within **45 days** of the event giving rise to your claim, or within **45 days** of first becoming aware of the alleged discrimination. If you are amending or providing additional evidence to an existing open complaint, the form should be used, but EEO counseling is not required.

**IMPORTANT NOTE:**  In certain situations, the information provided in Part III of the attached complaint form may be used in lieu of an affidavit in the investigation of your complaint. Accordingly, the information you provide in this part should be brief, clear, and complete.

<u>**WHEN TO FILE:**</u>  In accordance with 29 CFR 1614.106, your formal complaint must be filed within **15 calendar days** of the date you received the "Notice of Right to File a Discrimination Complaint" from your EEO Counselor. You must sign and date your complaint. If you are represented **by an attorney**, the attorney may sign the complaint on your behalf.

These time limits may be extended:

1)  if you show that you were not notified of the time limits and were not otherwise aware of them, **or**

2)  if you were prevented by circumstances beyond your control from submitting the matter within the time limits, **or**

3)  for other reasons considered sufficient by the Department.

**REPRESENTATION:**  You may have a representative of your own choosing at all stages of the processing of your complaint.  However, your representative will be disqualified if such representation would conflict with the official or collateral duties of the representative. No EEO Counselor, EEO Investigator or EEO Officer may serve as a representative. (Your representative need not be an attorney, but only an attorney representative may sign the complaint on your behalf.)

<u>**WHERE TO FILE:**</u>  In accordance with 29 CFR 1614.106(c), your written complaint must be signed by you or your attorney. The complaint should be filed with the EEO Director of the Department of Homeland Security component where the alleged discrimination occurred. (Filing instructions are contained in the "Right to File" form, which was provided by your Counselor.) Keep a copy of the completed complaint form for your records.

DHS005

## PRIVACY ACT STATEMENT

1. **FORM/TITLE/DATE:** Department of Homeland Security (DHS) DHS Form 3090-1, **Individual Complaint of Employment Discrimination** with the Department of Homeland Security.

2. **AUTHORITY:** 42 USC 2000e; 29 USC 633a; 5 USC 1303 and 1304; 5 CFR 5.2 and 5.3; 29 CFR 1614.105 and 1614.107; and Executive Order 11478, as amended.

3. **PRINCIPAL PURPOSES:** The purpose of this complaint form, whether recorded initially on the form or taken from a letter from the Complainant, is to record the filing of a formal written complaint of employment discrimination with the Department of Homeland Security on the grounds of race, color, religion, sex, national origin, age, physical or mental disability, protected genetic information, or retaliation. Information provided on this form will be used by DHS to determine whether the complaint was timely filed and whether the allegations in the complaint are within the purview of 29 CFR Part 1614, to provide a factual basis for investigation of the complaint, and to reach a decision on the complaint. It also records an amendment or additional evidence to an open, pending complaint.

4. **ROUTINE USES:** Other disclosures may be:

   a. to respond to a request form from a Member of Congress regarding the status of the complaint or appeal;

   b. to respond to a court subpoena and/or to refer to a district court in connection with a civil suit;

   c. to disclose information to authorized officials or personnel to adjudicate a complaint or appeal; or

   d. to disclose information to another Federal agency or to a court or third party in litigation when the Government is party to a suit before the court.

5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY, AND EFFECT OF NOT PROVIDING INFORMATION:** Formal complaints of employment discrimination must be in writing, signed by the Complainant (or attorney representative), and must identify the parties and action or policy at issue. Failure to comply may result in the Department of Homeland Security dismissing the complaint. It is not mandatory that this form be used to provide the requested information.

## OMB STATEMENT

In accordance with the Paperwork Reduction Act, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB Control Number for this information collection is 1610-0001. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

DHS006

| | |
|---|---|
| **From:** | DAVIDSON, DANIELLE |
| **To:** | JOYNER, JON P. (TUS): jjoyner001@gmail.com |
| **Cc:** | CULPEPPER, LISA |
| **Subject:** | HS-CBP-00456-2019 |
| **Date:** | Tuesday, March 5, 2019 2:47:00 PM |
| **Attachments:** | CLAR Joyner, J. CBP-00456-2019.pdf |

Mr. Joyner,

Please see the attached clarification letter, wherein we have requested additional information.  Note that your response is requested within 15 calendar days.

Thank you,

**Danielle N. Davidson**
**EEO Specialist (Investigator)**
U.S. Customs and Border Protection (CBP)
Office of the Commissioner
Privacy and Diversity Office (PDO)
1300 Pennsylvania Avenue NW, Suite 3.3D
Washington, D.C. 20229
Telephone: (202) 746-8175
danielle.n.davidson@cbp.dhs.gov

🌿 *Join PDO by supporting our **green initiative** which promotes a **paperless environment** by scanning and returning all forms and correspondence electronically.*

*This message contains information intended only for the addressee named above. If you believe you have received this email in error, please notify the sender immediately.*

Exhibit A-3



**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**1300 Pennsylvania Ave., N.W., Suite 3.3D**
**Washington, DC 20229**

## U.S. Customs and Border Protection

March 5, 2019

Jon P. Joyner
**<u>VIA EMAIL ONLY</u>:** jon.p.joyner@cbp.dhs.gov; jjoyner001@gmail.com

> Complaint of Jon P. Joyner v. Kirstjen M. Nielsen,
> Secretary, U.S. Department of Homeland Security
> Case Number: HS-CBP-00456-2019

Dear Mr. Joyner:

After a careful review of the above-referenced complaint of discrimination, filed on February 27, 2019, and the EEO Counseling Report, I find issues raised in the complaint may not be timely.

Equal Employment Opportunity Commission (EEOC) regulations at 29 CFR §1614.105(a)(1) require that complainants contact an EEO counselor within 45 days of the date of the matter alleged to be discriminatory, or if the matter alleged to be discriminatory is a personnel action, within 45 days of the effective date of the personnel action.

However, the 45 day time limits are to be extended if the complainant shows that he or she was not notified of the time limits and was not otherwise aware of them; that he or she did not know and reasonably should not have known, within the time limits, of the occurrence of the allegedly discriminatory events; that despite due diligence he or she was prevented by circumstances beyond his or her control from meeting those time limits; or that other reasons justify the waiving of the time frame. See §1614.105(a)(2).

This letter provides an opportunity for you to show why the 45-day time frame should be extended with regard to any of the incidents about which you contacted the EEO Counselor that occurred more than 45 days prior to the date of your initiation of that contact.

During EEO counseling and in the formal complaint, the following claim was raised:

> **Whether U.S. Customs and Border Protection (CBP) discriminated against Complainant, Patrol Agent in Charge (PAIC), GS-1896-13, assigned to**

**Gulfport Station, Gulfport, MS, on the basis of race (African American) and color (Black), when, on or around August 6, 2018, he learned that he was not selected for the position of Division Chief, GS-1896-14, advertised under Job Opportunity Announcement Number: USBP-IMP-10168092-JRB (JOA 10168092).**

Whereas the claim appears to be untimely raised, please answer the following questions:

A. **Were you aware of the reasons why JOA 10168092 was cancelled after being notified on May 11, 2018? If so, explain.**

B. **When did you first become aware that you were not selected under JOA 10168092?**

C. **When did you first learn that Christopher S. Bullock was selected under JOA 10168092?**

D. **Management has indicated that Mr. Bullock's selection for the position of Division Chief was first announced at a staff meeting on August 6, 2018, and you were in attendance at that meeting. Is this accurate?**

E. **In your formal complaint, you have identified October 14, 2018 as the date on which you first became aware of the alleged discrimination. Explain what occurred on this date which led you to become aware of the alleged discrimination.**

F. **Explain why you did not initiate EEO counseling within 45 days of learning that you were not selected, or within 45 days of learning that Mr. Bullock was selected, under JOA 10168092.**

G. **Were you aware of the 45-day timeframe to initiate contact with an EEO counselor?**

H. **Have you ever taken EEO training or No Fear Act Training via the Virtual Learning Center (VLC) or the Performance and Learning Management System (PALMS)? If yes, when?**

I. **Have you received the annual CBP Commissioner Anti-Discrimination and Anti-Harassment Policy Statement messages released annually to all CBP employees via email?**

**J. Have you seen EEO posters displayed in break rooms or common areas in your work location?**

**K. Have you seen EEO messages in the comments section of your electronic pay stubs that are received via the National Finance Center (NFC) Employee Personal Page (EPP)?**

Please respond in writing within 15 days of the date of receipt of this letter.  Upon receipt of the requested information, I will determine if the required time limits should be extended.  If you fail to provide the requested information within 15 days of the date of receipt of this letter, or if your response does not address our request, the complaint may be dismissed for failure to comply with the applicable time limits in accordance with §1614.107(a)(2) or failure to cooperate in accordance with §1614.107(a)(7).  The latter regulation allows for dismissal of a complaint where the agency has provided the complainant with a written request to provide relevant information or otherwise proceed with the complaint, and the complainant has failed to respond to the request within 15 days of its receipt or the complainant's response does not address the agency's request, provided that the request included a notice of the proposed dismissal.

If you have any questions, please feel free to contact me at (202) 746-8175.

Sincerely,

Danielle N. Davidson, EEO Investigator
Privacy and Diversity Office
U.S. Customs and Border Protection

| | |
|---|---|
| **From:** | JOYNER, JON P. (TUS) |
| **To:** | DAVIDSON, DANIELLE |
| **Cc:** | JOYNER, JON P. (TUS) |
| **Subject:** | RE: HS-CBP-00456-2019 |
| **Date:** | Friday, March 15, 2019 11:52:29 AM |
| **Attachments:** | JOYNER EEO Clarification.pdf |

Please see attached.

JON P. JOYNER
PATROL AGENT IN CHARGE
GULFPORT STATION | NEW ORLEANS SECTOR
OFFICE: (228) 896-3138 | MOBILE: (228) 596-6221

Exhibit A-4

10400 Larkin Smith Drive
Gulfport, MS 39503

GPS 100/17



**U.S. Customs and
Border Protection**

MAR 15 2019

MEMORANDUM FOR:    CBP EEO Complaint Filing

FROM:    Jon P. Joyner
Patrol Agent in Charge
Gulfport Station

SUBJECT:    EEO Complaint Number HS-CBP-00456-2019

The following questions were raised in reference to EEO Complaint Number HS-CBP-00456-2019:

**A. Were you aware of the reasons why JOA 10168092 was cancelled after being notified on May 11, 2018? If so, explain.**

No, I was not made aware of why the initial vacancy announcement was cancelled. I was informed by the EEO counselor, after raising an EEO claim for non-selection, that Chief Bovino did not feel that any of the candidates had the requisite qualifications or "strategic vision" that he was looking for and that he wanted to make his own selection. This, despite my having served as a permanent Division Chief, and having held every position from Border Patrol Agent to Division Chief on a permanent basis (which the selectee has not done) and having interviewed for the position in other larger sectors as well. The list was cancelled and I received a notice via USA Jobs that, "*The agency has decided to cancel the NEW ORLEANS CERTIFICATE ONLY. This position will be reannounced at a date that has yet to be determined. In order to be considered, you will need to re-apply under the new vacancy announcement when it opens*".

**B. When did you first become aware that you were not selected under JOA 10168092?**

Until I received the notice from USA Jobs referenced above, I was under the assumption that the position would be re-announced. I was first made aware unofficially that I was not selected during a PAIC meeting held in August 2018 when Chief Bovino mentioned that he had selected Agent Bullock. However; having seen numerous unofficial selections fail to either clear the vetting process or decline acceptance of the position, I knew that mentioning it during a meeting was not an official notification. It has been my experience that USA Jobs sends a "non-section" email when a position that I have applied for is filled. That did not happen. I did not officially

DHS012

EEO Complaint Number HS-CBP-00456-2019
Page 2

become aware of my non-selection until October14, 2018 when Agent Bullock entered on duty.

**C. When did you first learn that Christopher S. Bullock was selected under JOA 10168092?**

I officially learned that Agent Bullock was selected when he entered on duty in the position.

**D. Management has indicated that Mr. Bullock's selection for the position of Division Chief was first announced at a staff meeting on August 6, 2018, and you were in attendance at that meeting. Is this accurate?**

I was in attendance and it is accurate that Chief Bovino announced that he had unofficially selected Agent Bullock for the position. It was not announced whether he had accepted the position or if it was an official hire. It was also not mentioned as to who the alternate for selection was if Agent Bullock was not able or allowed to enter on duty in the position, why no one was given the opportunity to compete for the position, or how Agent Bullock was even aware that the position was vacant and available via flexible hiring.

**E. In your formal complaint, you have identified October 14, 2018 as the date on which you first became aware of the alleged discrimination. Explain what occurred on this date which led you to become aware of the alleged discrimination.**

October 14, 2018 is the date when Agent Bullock entered on duty in the position.

**F. Explain why you did not initiate EEO counseling within 45 days of learning that you were not selected, or within 45 days of learning that Mr. Bullock was selected, under JOA 10168092.**

I initiated EEO counseling within 45 days of becoming aware that Agent Bullock was selected. I did not know the race of the selectee until he actually entered on duty, which was October 14, 2018. In my career as a Border Patrol Agent (nearly 23 years), I have become acutely aware that a selection is not official until the selectee actually assumes the position. On two separate occasions during my career, I have been "unofficially" selected for positions and have accepted; only to be informed later that another candidate had been selected "officially".

**G. Were you aware of the 45-day timeframe to initiate contact with an EEO counselor?**

Yes, I was aware of the 45 day timeframe, which is why I contacted the EEO counselor within the required timeframe. It is my understanding that the date of action is the official date when the personnel action took place. In this case the personnel action occurred on October 14, 2018.

DHS013

EEO Complaint Number HS-CBP-00456-2019
Page 3

**H. Have you ever taken EEO training or No Fear Act Training via the Virtual Learning Center (VLC) or the Performance and Learning Management System (PALMS)? If yes, when?**

Yes, training was completed on 11-28-2017 (certificate attached)

**I. Have you received the annual CBP Commissioner Anti-Discrimination and Anti-Harassment Policy Statement messages released annually to all CBP employees via email?**
I cannot recall if I have received the CBP Commissiooner's Anti-Discrimination and Anti-Harrassment Policy Statement, although I would assume that I have.

**J. Have you seen EEO posters displayed in break rooms or common areas in your work location?**
Yes, I have seen the EEO posters displayed I various locations around the work location.

**K. Have you seen EEO messages in the comments section of your electronic pay stubs that are received via the National Finance Center (NFC) Employee Personal Page (EPP)?**
Yes, I have seen the messages located on the pay stubs.

Attachment



# Certificate of Training

**Presented to**

JON JOYNER

## In recognition of successful completion of

DHS No FEAR Act and Anti-harassment

Provided by U.S. Customs and Border Protection
on 11/28/2017

**Assistant Commissioner**
**Office of Training And Development**



DHS PALMS *Performance and Learning Management System*



*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528

|  |  |  |
|---|---|---|
| Jon Joyner, | ) | |
| | ) | |
| *Complainant* | ) | |
| | ) | |
| v. | ) | Agency Case No. HS- CBP-00456-2019 |
| | ) | |
| Kevin K. McAleenan, Acting Secretary, | ) | |
| U.S. Department of Homeland Security, | ) | |
| | ) | |
| *Agency* | ) | |
| | ) | |

## PROCEDURAL DISMISSAL

Pursuant to 29 C.F.R § 1614.110(b), the U.S. Department of Homeland Security (Department), Office for Civil Rights and Civil Liberties (CRCL) hereby takes final action on the above-captioned complaint by issuing a Procedural Dismissal.[1]  Based upon the available evidentiary record, CRCL finds that Complainant's complaint must be dismissed.  Pursuant to 29 C.F.R. § 1614.110(b), a notice is attached to this Decision informing Complainant of the right to appeal to the Equal Employment Opportunity Commission (EEOC) or to file a civil action in Federal District Court.  Also, a copy of EEOC Form 573 is attached for Complainant's submission to the EEOC's Office of Federal Operations, should Complainant decide to file an appeal.

### PROCEDURAL HISTORY

1.  On November 28, 2018, Complainant initiated contact with an Equal Employment
    Opportunity (EEO) Counselor.

---

[1] Pursuant to the Homeland Security Act of 2002, *as amended*, 6 U.S.C. § 345, the Officer for Civil Rights and Civil Liberties (CRCL) shall ensure that the protection of civil rights and civil liberties is appropriately incorporated into Departmental programs and activities.  On October 26, 2012, the Secretary for the Department issued Delegation Number 19003, which delegated to CRCL the authority to render final decisions on behalf of the Secretary in EEO complaints, pursuant to 29 C.F.R. § 1614.110, or administratively, when that regulation is not applicable.

Exhibit A-5

2. On February 14, 2019, the U.S. Customs and Border Protection (CBP) notified Complainant of the conclusion of EEO counseling and of Complainant's right to file a formal complaint.

3. On February 28, 2019, Complainant filed the formal complaint at issue.

## CLAIMS AT ISSUE

Whether CBP discriminated against Complainant based on race (Black/African American) when, on:

1. On May 11, 2018, Complainant learned that Job Opportunity Announcement Number: USBP-IMP-10168092-JRB (JOA 10168092, for the position of Division Chief, GS-1896-14, was cancelled and would be re-announced.

2. On August 6, 2018, Complainant learned that JOA 10168092 would not be re-announced and that he was not afforded the opportunity to compete or given consideration for the position of Division Chief, GS-1896-14, because another individual was laterally reassigned into the position.

## ANALYSIS

This complaint is hereby dismissed pursuant to Title 29 of the Code of Federal Regulations (C.F.R.) § 1614.107(a)(2), because of Complainant's untimely contact with an EEO Counselor. Title 29 C.F.R. § 1614.105(a)(1) provides, in relevant part, that an aggrieved person must initiate contact with an EEO Counselor within 45 days of the date of the matters alleged to be discriminatory or, in the case of a personnel action, within 45 days of the effective date of the action. Here, the record showed the Complainant learned of the cancellation of Job Opportunity Announcement Number USBP-IMP-10168092-JRB on May 11, 2018 and was informed of the lateral selection on August 6, 2018. However, Complainant did not initiate contact with the EEO Office until November 28, 2018, which is 156 days and 69 days beyond the 45-day requirement to initiate EEO contact.

Under 29 C.F.R § 1614.107(a)(2), failure to comply with the time limits of 29 C.F.R. § 1614.105(a)(1) shall result in the dismissal of the complaint unless the agency extends the time limits in accordance with 29 C.F.R § 1614.604(c). An agency may extend the time limit for filing the complaint if a complainant can show that he or she was prevented by circumstances beyond his or her control from satisfying the timeliness requirement. However, EEOC has upheld an agency's dismissal of a complaint for untimely filing when the complainant failed to present adequate justification to warrant an extension of the applicable time limit for filing the complaint. *Felicetty-Stamm v. Dep't of Homeland Sec.*, EEOC Appeal No. 0120103426 (Apr. 5, 2011); see *Ellis v. U.S. Postal Service*, EEOC Appeal No. 01992093 (Nov. 29, 2000).

Here, CBP sought clarification from Complainant regarding his contact with the EEO Office. On March 13, 2019, Complainant responded to the clarification response and explained that his counselor contact was not untimely because he initiated contact when the selectee reported for

2

DHS017

duty in the position of Division Chief, GS-1896-14 and Complainant realized what race the selectee was.

The Equal Employment Opportunity Commission (EEOC) has adopted a "reasonable suspicion" standard (as opposed to a "supportive facts" standard) to determine when the 45-day limitation period is triggered: the period is not triggered until the complainant reasonably suspects discrimination, but before all the facts supporting a charge of discrimination have become apparent. EEOC *Management Directive (MD) 110: Federal Sector Complaint Processing Manual*, Chapter 5, Section IV.A.1.b. (citing *Ball v. U.S. Postal Serv.*, EEOC Request No. 05880247 (July 6, 1988). Here, the record is clear that Complainant learned of the cancelation of job announcement and the lateral selection of another before November 28, 2018, when he decided to contact an EEO Counselor. In addition, the record showed Complainant, by his own admission, was aware of the 45 day timeframe for contacting an EEO counselor, through CBP's EEO posters, electronic paystubs notification, as well as training. In addition, Complainant attended and completed DHS No Fear training on November 28, 2017.

Further, Complainant failed to provide any persuasive argument demonstrating that he was prevented by circumstances beyond his control from initiating the pre-complaint process on or before June 25, 2018 (claim 1) or September 20, 2018 (claim 2). After a careful review of the record, this Office determined Complainant's EEO counselor contact was untimely and that he failed to set forth a persuasive reason - either legal or equitable - for tolling the time limitation. Accordingly, this complaint is dismissed, pursuant to 29 C.F.R. § 1614.107(a)(2) for untimely EEO Counselor contact.

## CONCLUSION

Based upon the full evidentiary record, CRCL dismisses this complaint. Since Complainant is not the prevailing party, he is not entitled to payment of attorney's fees, costs, or compensatory damages, and no corrective action is required.

_____                    _____May 6, 2019_____
For Veronica Venture                                Date
Deputy Officer, Office for Civil Rights and Civil Liberties
Director for EEO & Diversity
Department of Homeland Security

LMB

DHS018

4

DHS019

# NOTICE OF APPEAL RIGHTS

You have the right to appeal to the Equal Employment Opportunity Commission (EEOC) or to file a civil action in an appropriate United States District Court.

All time periods are given in calendar days.  If a time period expires on a Saturday, Sunday or Federal holiday, you may file on the next business day.  If an attorney represents you, the time periods begin to run from the date that your attorney receives this decision.

## FILING AN APPEAL WITH EEOC

You have the right to appeal this decision to EEOC within 30 days of the day you receive this final decision.  You have the right to submit an optional brief or statement within 30 days of the date you file the appeal.  File your appeal, and any subsequent supporting statement or brief, by mail addressed to:

**U.S. Equal Employment Opportunity Commission**
**Office of Federal Operations**
**P.O. Box 77960**
**Washington, DC 20013**

Or by personal delivery to:

**U.S. Equal Employment Opportunity Commission**
**Office of Federal Operations**
**131 M Street, NE**
**Suite 5SW12G**
**Washington, DC 20507**

Or by facsimile to (202) 663-7022.

At the same time you file an appeal and any subsequent supporting statement or brief with EEOC, you must also send a copy of your appeal or brief to:

**Associate Chief Counsel (Administration)**
**Office of the Chief Counsel**
**U.S. Customs and Border Protection**
**Ronald Reagan Building, Room 4.4B**
**1300 Pennsylvania Avenue, NW**
**Washington, DC  20229**

And to:

**Executive Director, Privacy and Diversity Office**
**U.S. Customs and Border Protection**
**Ronald Reagan Building, Room 3.3D**

DHS020

**1300 Pennsylvania Avenue, NW**
**Washington, DC  20229**
And to:

**U.S. Department of Homeland Security**
**Office for Civil Rights and Civil Liberties / MS0191**
**245 Murray Lane, SW**
**Washington, DC 20528-0191**

In your appeal to EEOC, you must state the date and method (for example, by certified mail or hand delivery) by which a copy of the appeal was sent to the Executive Director, Privacy and Diversity Office, U.S. Customs and Border Protection.  You should use the attached EEOC Form 573, Notice of Appeal/Petition, to file your appeal.  The form may also be found at www.eeoc.gov/federal/directives/md-110_appendix_p.cfm.  EEOC will dismiss your appeal if you do not file it within the time limits.

**FILING A CIVIL ACTION**

You also have the right to file a civil action in an appropriate United States District Court within 90 days after you receive this final decision if you do not appeal to EEOC, or within 90 days after receipt of the EEOC's final decision on appeal.  You may also file a civil action after 180 days from the date of filing an appeal with EEOC if there has been no final decision by EEOC.

If your claim is based on age discrimination, you should seek the advice of an attorney if you wish to file a civil action after expiration of the time limits noted above.  The courts disagree about when a civil action must be filed and may permit an age discrimination complaint to be filed two years or more from the date of the alleged discrimination.

You must also comply with the following instructions:

(1)  You must name Kevin K. McAleenan, Acting Secretary, Department of Homeland Security, as the defendant.  Failure to provide his name and official title may result in dismissal of your case.

(2)  If you decide to file a civil action and if you do not have, or cannot afford, the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security.  The grant or denial of the request is within the sole discretion of the Court.  Filing a request for an attorney does not extend the time in which to file a civil action.  Both the request and the civil action must be filed within 90 days of the date you receive the agency or EEOC final decision.

## NOTICE OF APPEAL/PETITION - COMPLAINANT

TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
OFFICE OF FEDERAL OPERATIONS
P.O. Box 77960
Washington, DC 20013

**Complainant Information:** (Please Print or Type)

| | |
|---|---|
| Complainant's name (Last, First, M.I.): | |
| Home/mailing address: | |
| City, State, ZIP Code: | |
| Daytime Telephone # (with area code): | |
| E-mail address (if any): | |

**Attorney/Representative Information (if any):**

| | |
|---|---|
| Attorney name: | |
| Non-Attorney Representative name: | |
| Address: | |
| City, State, ZIP Code: | |
| Telephone number (if applicable): | |
| E-mail address (if any): | |

**General Information:**

| | |
|---|---|
| Name of the agency being charged with discrimination: | |
| Identify the Agency's complaint number: | |
| Location of the duty station or local facility in which the complaint arose: | |
| Has a **final action** been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | _____Yes;  Date Received _____(Remember to attach a copy)<br>_____No<br>_____This appeal alleges a breach of settlement agreement |
| Has a complaint been filed on this same matter with the Commission, another agency, or through any other administrative or collective bargaining procedures? | _____No<br>_____Yes (Indicate the agency or procedure, complaint/docket number,<br>          and attach a copy, if appropriate) |
| Has a civil action (lawsuit) been filed in connection with this complaint? | _____No<br>_____Yes **(Attach a copy of the civil action filed)** |

**NOTICE**: Please **attach a copy of the final decision or order** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the Commission Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the Commission **and** with the agency **within 30 days** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the Commission at the address above.

Please specify any reasonable accommodations you will require to participate in the appeal process.

| | |
|---|---|
| Signature of complainant or complainant's representative: | |
| Date: | |
| Method of Service on Agency: | |
| Date of Service: | |

**EEOC Form 573 REV 2/09**

DHS022

# PRIVACY ACT STATEMENT

(This form is covered by the Privacy Act of 1974. Public Law 93-597. Authority for requesting the personal data and the use thereof are given below.)

1. **FORM NUMBER/TITLE/DATE**: EEOC Form 573, Notice of Appeal/Petition, February 2009

2. **AUTHORITY**: 42 U.S.C. § 2000e-16

3. **PRINCIPAL PURPOSE**: The purpose of this questionnaire is to solicit information to enable the Commission to properly and efficiently adjudicate appeals filed by federal employees, former federal employees, and applicants for federal employment.

4. **ROUTINE USES**: Information provided on this form may be disclosed to: (a) appropriate federal, state, or local agencies when relevant to civil, criminal, or regulatory investigations or proceedings; (b) a Congressional office in response to an inquiry from that office at your request; and (c) a bar association or disciplinary board investigating complaints against attorneys representing parties before the Commission.  Decisions of the Commission are final administrative decisions, and, as such, are available to the public under the provisions of the Freedom of Information Act. Some information may also be used in depersonalized form as a database for statistical purposes.

5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION**: Since your appeal is a voluntary action, you are not required to provide any personal information in connection with it. However, failure to supply the Commission with the requested information could hinder timely processing of your case, or even result in the rejection or dismissal of your appeal.

You may send your appeal to:

**The Equal Employment Opportunity Commission**
**Office of Federal Operations**
**P.O. Box 77960**
**Washington, D.C. 20013**

**Fax it to (202) 663-7022 or submit it through the Commission's electronic submission portal.**

## **CERTIFICATE OF SERVICE**

For timeliness purposes, it shall be presumed that the parties received the foregoing on the date indicated below if sent via email or within five (5) calendar days after the date indicated below if sent by regular or certified mail. I certify that the foregoing final action, appeal rights, and appeal form were provided to the following:

Jon Joyner
5066 Longbow Drive
Kiln, MS 39556
*(Via Email: jon.joyner@dhs.gov)*

Executive Director, Privacy and Diversity Office
U.S. Customs and Border Protection
Ronald Reagan Building, Room 3.3D
1300 Pennsylvania Avenue, NW
Washington, DC 20229
*(Uploaded and Notified Via Email)*

_____                _____May 7, 2019_____
CRCL EEO Specialist                                              Date

DHS024